UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKO DESIGN GROUP, LLC, a
Michigan Limited Liability Corporation,                Case No.:

    Plaintiff,                                State Court Case: 24-10766-CK
                                                17th Circuit Court (Kent)

v.

GRAND RAPIDS COMMUNITY
COLLEGE, an MCL 289.103 Corporate
Body,

    Defendant.
_____/

Craig R. Noland (P30717)
McGRAW MORRIS P.C.
Attorneys for Defendant
44 Cesar E. Chavez Avenue, NW, Suite 200
Grand Rapids, MI 49503
(616) 288-3700/Fax (248) 502-5001
cnoland@mcgrawmorris.com

_____

**NOTICE OF REMOVAL**
**COMPLAINT EXHIBITS A-B**

# EXHIBIT 3

# Exhibit     A

## SKO Design Group, LLC v. Grand Rapids Community College

### Attestation

My name is Samuel Ojo and I am the managing member of SKO Design Group, LLC, the plaintiff in the above referenced action. I have read and examined the complaint thoroughly and have personal knowledge of and am otherwise am fully versed in the facts and circumstances alleged therein. I am also fully versed in the facts and circumstances that otherwise occurred in the context of the events that found the complaint.

I make this attestation on the strength of that personal knowledge, and I am fully competent to testify thereto if called and sworn as a witness to do so.

_____
Samuel Ojo

Date 10/07/2024

# Exhibit B

*Initial fee proposal.*



**SKO DESIGN GROUP**

Architecture ♦ Design/Build
Construction Management
Interior Design ♦ Consulting

2460 Burton SE. Ste. 100
P.O. Box 3499
Grand Rapids, MI 49501

Tel: 616-245-3444
Email: samo@skodg.com
www.skodg.com

November 2, 2022

# Fee Proposal

**SCOPE OF WORK:** Updating Existing Restrooms throughout the entire building at Sneden Hall.

SKO/KHAN to provide complete professional Architectural/Engineering and Interior Design Services.

- The primary purpose of this project is to Upgrade the existing restrooms to comply with: ADA-ACCESSIBILITY / GENDER INCLUSIVE / FAMILY RESTROOMS / LACTATION ROOM.
- These improvements will include but not limited to New Finishes, Restroom Partitions, Accessories, Plumbing Fixtures, Lighting and Ceiling Grids, Exhaust Systems, Heating. Also associated but not limited to selective demolition, Interior Design and Finishes, Mechanical, Electrical, Plumbing and Fire Protection Systems.

## A. Pre-Design Services:

- SKO/KHAN to Evaluate and Document Existing Conditions.
- GRCC Facilities to address any Environment Issues Lead/Asbestos As applicable.
- SKO/KHAN to field-measurement and verify existing conditions in all the Restrooms.
- SKO/KHAN to develop existing floor plans showing existing conditions
- SKO/KHAN to provide Photographical Documentation of key conditions and overview photographs of all the Restrooms.
- SKO/KHAN Preliminary meeting(s) with GRCC. Facilities Staff
- SKO/KHAN Other pre-design meetings and minutes.
- SKO/KHAN to work and meet with GRCC / Stakeholders to establish and develop a Program for the project.

**B. Schematic-Design Services:**

- SKO/KHAN Based upon approved program to develop Multiple Schematic Designs.
- Pre-application meeting and interface with all State -Local Government Agencies - up to 2 pre-application meetings with each agency.
- Submission of Schematic Design and Finishes to GRCC/Stakeholders for review and comments.
- SKO/KHAN to provide cost estimates as needed for conformance with Project's budget
- SKO/KHAN to provide Schematic Design and preliminary specifications to GRCC / Stakeholders for review comments and Input.
- SKO/KHAN to document and represent GRCC at all meetings and presentation to all State-Local /Government Agencies.

**C. Compensation:**

Initially for the Pre-Design Services and Schematic Design Services we propose a Not-To-Exceed Fee of $19,909.00 (Nineteen Nine Hundred and Nine Dollars). Once the full extent and total Scope of the project is clearly established, we shall negotiate a mutually acceptable fee of a certain percentage of the Construction Costs plus all incurred reimbursable expenses to cover of our professional Architectural/Engineering and Interior Design Services for the project. Our team is grateful for the opportunity to continue our strong working collaborations with Grand Rapids Community College. Again, we thank you for your time and considerations.

Best Regards

# SKO Design Group

Samuel K. Ojo,
**Managing Principal & CEO**

SKODG/ETB
CC: Alan Cobb. CEO KHAN
SKO Files