UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKO DESIGN GROUP, LLC, a
Michigan Limited Liability Corporation,   Case No.:

    Plaintiff,   State Court Case: 24-10766-CK
17th Circuit Court (Kent)

v.

GRAND RAPIDS COMMUNITY
COLLEGE, an MCL 289.103 Corporate
Body,

    Defendant.
_____/

Craig R. Noland (P30717)
McGRAW MORRIS P.C.
Attorneys for Defendant
44 Cesar E. Chavez Avenue, NW, Suite 200
Grand Rapids, MI 49503
(616) 288-3700/Fax (248) 502-5001
cnoland@mcgrawmorris.com

**NOTICE OF REMOVAL**
**REGISTER OF ACTIONS – STATE CASE**

# EXHIBIT 4

17th Circuit Court Name Search

# Register of Actions

Confirmation of whether charges in criminal cases are misdemeanors or felonies is not available from the Kent County Circuit Court Clerk's Office.
Information is available at http://legislature.mi.gov/documents/mcl/pdf/mcl-chap750.pdf.

Case #: 24-10766-CK
File Date: 10/29/2024
SKO DESIGN GROUP LLC vs. GRAND RAPIDS COMMUNITY COLLEGE

| SKO DESIGN GROUP LLC, - PLAINTIFF |
|---|

| **Other Parties:** SKO DESIGN GROUP LLC, null null - PLAINTIFF |
|---|
| **Other Parties:** GRAND RAPIDS COMMUNITY COLLEGE, null null - DEFENDANT |

| 1 | 12/13/2024 | SUMMONS RETURNED (SERVED ON 12/05/24) GRAND RAPIDS COMMUNITY COLLEGE (DEFENDANT); |
|---|---|---|
| 2 | 10/29/2024 | FILING FEES FOR NEW CASE Receipt: 1392040 Date: 10/29/2024 |
| 3 | 10/29/2024 | ELECTRONIC FILING FEE Receipt: 1392040 Date: 10/29/2024 |
| 4 | 10/29/2024 | COMPLAINT (18 PGS; ATTATCHMENTS = 5 PGS) FREDERICK F. BUTTERS (Attorney) on behalf of SKO DESIGN GROUP LLC (PLAINTIFF) FREDERICK F. BUTTERS (Attorney) on behalf of SKO DESIGN GROUP LLC (PLAINTIFF) |
| 5 | 10/29/2024 | SUMMONS ISSUED GRAND RAPIDS COMMUNITY COLLEGE (DEFENDANT); |