UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKO DESIGN GROUP, LLC, a
Michigan Limited Liability Corporation,

    Plaintiff,

v.

GRAND RAPIDS COMMUNICTY COLLEGE, an MCL 289.103 Corporate Body,

    Defendant.
_____/

Case No.:  1:24-cv-1339-PLM-PLG

Honorable Paul L. Maloney

| Frederick F. Butters (P45426) | Craig R. Noland (P30717) |
| --- | --- |
| FREDERICK F. BUTTERS, PLLC | Bogomir Rajsic, III (P79191) |
| Attorneys for Plaintiff | Tracey R. Devries (P84286) |
| 26677 West 12 Mile Road | McGRAW MORRIS P.C. |
| Southfield, MI 48034 | Attorneys for Defendant |
| (248) 357-0831 | 44 Cesar E. Chavez Avenue, SW, Suite 200 |
| fred@butters-law.com | Grand Rapids, MI  49503 |
| | (616) 288-3700/Fax (248) 502-5001 |
| | cnoland@mcgrawmorris.com |
| | brajsic@mcgrawmorris.com |
| | tdevries@mcgrawmorris.com |

## JURY DEMAND OF DEFENDANT

    NOW COMES Defendant, Grand Rapids Community College, by and through its counsel McGraw Morris PC and hereby demands a trial by jury in the above captioned cause of action.

                                    McGRAW MORRIS, P.C.
                                    Attorneys for Defendant

Dated:  January 8, 2025        BY:    */s/    Craig R. Noland*
                                            Craig R. Noland (P30717)
                                          44 Cesar E. Chavez Avenue SW, Suite 200
                                          Grand Rapids, MI  49503
                                          (616) 288-3700/Fax (248) 502-4001
                                          cnoland@mcgrawmorris.com