UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKO DESIGN GROUP, LLC, a
Michigan Limited Liability Corporation,

    Plaintiff,

v.

GRAND RAPIDS COMMUNICTY COLLEGE, an MCL 289.103 Corporate Body,

    Defendant.

Case No.:  1:24-cv-1339-PLM-PLG

Honorable Paul L. Maloney

| Frederick F. Butters (P45426) <br> FREDERICK F. BUTTERS, PLLC <br> Attorneys for Plaintiff <br> 26677 West 12 Mile Road <br> Southfield, MI 48034 <br> (248) 357-0831 <br> fred@butters-law.com | Craig R. Noland (P30717) <br> Bogomir Rajsic, III (P79191) <br> Tracey R. Devries (P84286) <br> McGRAW MORRIS P.C. <br> Attorneys for Defendant <br> 44 Cesar E. Chavez Avenue, SW, Suite 200 <br> Grand Rapids, MI  49503 <br> (616) 288-3700/Fax (248) 502-5001 <br> cnoland@mcgrawmorris.com <br> brajsic@mcgrawmorris.com <br> tdevries@mcgrawmorris.com |
|---|---|

**STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT
WITH PREJUDICE AND WITHOUT COSTS**

    The Court previously entered an Order of Partial Dismissal, and the parties engaged in Facilitative Mediation. The parties, through counsel, hereby stipulate and agree that the remaining portion of the Complaint may be dismissed in its entirety with prejudice and without costs.

IT IS SO STIPULATED AND AGREED:

*/s/ Frederick F. Butters (w/ permission)*
Frederick F. Butters (P45426)
Attorney for Plaintiff
Dated: June 16, 2025

*/s/      Craig R. Noland*
Craig R. Noland (P30717)
Attorney for Defendant
Dated: June 16, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKO DESIGN GROUP, LLC, a
Michigan Limited Liability Corporation,

   Plaintiff,

v.

GRAND RAPIDS COMMUNICTY COLLEGE, an MCL 289.103 Corporate Body,

   Defendant.

Case No.:  1:24-cv-1339-PLM-PLG

Honorable Paul L. Maloney

**ORDER DISMISSING PLAINTIFF'S COMPLAINT
WITH PREJUDICE AND WITHOUT COSTS**

  Upon review and approval of the stipulation of the parties, it is hereby Ordered that this case be dismissed with prejudice and without costs.

  This is a final Order that closes the case.

Dated: _____, 2025

_____
Honorable Paul L. Maloney