UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKO DESIGN GROUP, LLC, a
Michigan Limited Liability Corporation,

      Plaintiff,

v.

GRAND RAPIDS COMMUNICTY COLLEGE, an MCL 289.103 Corporate Body,

      Defendant.

Case No.: 1:24-cv-1339-PLM-PLG

Honorable Paul L. Maloney

### ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT COSTS

Upon review and approval of the stipulation of the parties, it is hereby Ordered that this case be dismissed with prejudice and without costs.

This is a final Order that closes the case.

Dated:   June 17  , 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge